Character Reference Letter for

Jackeehia Robinson

June 13, 2025

To The Honorable Judge,

My name is Jackeehia (Jackia) Robinson, I am a family member of Devonne Brown. I am writing this letter to provide a heartfelt character reference on his behalf.

As someone who has known Devonne for 40 years of my life, I can personally speak to the kind of man he is-one rooted in strong values, genuine compassion, and a deep sense of responsibility to those he loves. Mr. Brown is the type of person who shows up for his family, friends and students, both in times of celebration and in times of need. He is thoughtful, dependable and always ready to lend a hand or listening ear.

Devonne is also a pillar to the family when it comes to mentorship. He takes pride in encouraging his students, young athletes and family members; often sharing wisdom and life lessons that reflect his belief in education, self-discipline, and doing what's right. His words of encouragement are often the push many of us need to keep going when things get difficult. The same push Mr. Brown needs at this moment.

Mr. Brown is a person of exceptional integrity, compassion, and commitment- especially in his role as an educator. His devotion to his students goes far beyond the classroom. He has consistently demonstrated a deep concern for their well-being, their education, and their personal development. Through his guidance, encouragement, and support, many students have been introduced to a different way of life- one filled with hope, possibility and belief in their own potential.

I understand the seriousness of the circumstances before the court. I respectfully ask that you take this letter into consideration as a reflection of the person Devonne truly is- a man of character, family and contribution. We, his family, stand by him and remain confident in his ability to learn from mistakes and challenges; continue to being a positive force in the lives of his children, family, friends and others.

Thank you for your time and consideration.

With respect.

Jackeehia Robinson