

Hello,

My name is Sylvester Scott, I'm a childhood friend of Devonne Brown and I really consider him my brother and he has been part of my family. I've known Devonne over 40 years, and he is one the most dedicated, supportive, caring and loving person I've known. Me and my family are devastated by this troubling news because we know the type of person he is; which a person I can count on in the time of need. Devonne has been dedicated to uplifting the youth and his community over the years. He always stress education first to all students and as well as other people. Devonne has been a driving force in training for youth development so they can reach their potential in school and in their respectable careers choices. I personally valued his opinion on subjects over time. Devonne has been there for me during the difficult times over loss of my son and mother. He always try to be there for friends, family and his students.

Love your friend aka brother,
Sylvester Scott